UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 23-4947-MWF(RAOx)**                                        Date:  September 12, 2023

Title   **Priscilla Iniguez, et al. v. United States of America, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on June 22, 2023.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on September 20, 2023.

The Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 21, 2023**.

- By Plaintiffs:  Proof of Service of Summons and Complaint on Defendants.  The Proof of Service must comply with the requirements of Federal Rules of Civil Procedure, Rule 4(i).

    AND/OR

- By Defendants:  Responses to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **SEPTEMBER 21, 2023** will result in the dismissal of this action.

IT IS SO ORDERED.